Robert J. AULETTI and Antoinette Aulette, His Wife, Petitioners,

v.

Diane KELLY, Respondent.

Supreme Court of Pennsylvania.

April 15, 1998.

John B. Dunn, Stroudsburg, for petitioner.

## ORDER

PER CURIAM:

AND NOW this 15th day of April, 1998, the petition for allowance of appeal is granted, the Order of the Superior Court is reversed and the matter is remanded to the Court of Common Pleas of Monroe County for consideration of the motion for judgment of non pros based upon *Jacobs v. Halloran,* 1998 WL 149478, —— Pa. ——, —— A.2d —— (Pa.1998) and *Marino v. Hackman,* 1998 WL 151083, —— Pa. ——, —— A.2d —— (Pa. 1998). The Motion to Supplement the Petition for Allowance of Appeal is denied.

Barbara TOBER and Frank Tober, Petitioners,

v.

Samuel ESH, Jr., John Stoltzfus, James Stoltzfus, Amos Stoltzfus, Daniel Stoltzfus, Aquiella Stoltzfus, t/a Colonial Builders Association, Respondents.

Supreme Court of Pennsylvania.

April 15, 1998.

Richard C. Senker, Norristown, for petitioner.

## ORDER

PER CURIAM:

AND NOW this 15th day of April, 1998, the petition for allowance of appeal is granted, the Order of the Superior Court is reversed and the matter is remanded to the Court of Common Pleas of Chester County for consideration of the motion for judgment of non pros based upon *Jacobs v. Halloran,* 1998 WL 149478, —— Pa. ——, —— A.2d —— (Pa. 1998) and *Marino v. Hackman,* 1998 WL 151083, —— Pa. ——, —— A.2d —— (Pa.1998).